UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION YESHEOS YAKOV, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE STATE OF NEW YORK *and* ANDREW CUOMO, *in his official capacity as Governor of New York State*,<br><br>*Defendants*. | Docket No.<br>7:20-cv-08580<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff Congregation Oholei Shem D'Nitra, by and through Rabbi Samuel Teitelbaum, through their undersigned attorneys of record, Dhillon Law Group, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims in this action without prejudice. Plaintiffs are filing an Amended Complaint removing these parties as a plaintiff in this action, the matter not having been joined and no responsive papers having been filed herein.

DHILLON LAW GROUP INC.

By: /s/ Ronald D. Coleman
RONALD D. COLEMAN
(SBN: 2288835)

rcoleman@dhillonlaw.com
HARMEET K. DHILLON (SBN: 2667350)
harmeet@dhillonlaw.com

256 5th Ave., Floor 4
New York, New York 10001
Telephone: 347-996-4840

*Attorneys for Plaintiffs*

Dated: October 16, 2020