UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION YESHEOS YAKOV, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE STATE OF NEW YORK *and* ANDREW CUOMO, *in his official capacity as Governor of New York State*, <br><br> *Defendants*. | Docket No. <br> 7:20-cv-08580 <br><br><br> NOTICE OF VOLUNTARY DISMISSAL |

Plaintiffs Congregation Yesheos Yakov and Congregation Netzch Yisorel, through their undersigned attorneys of record, Dhillon Law Group, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims in this action without prejudice, the matter not having been joined, the other plaintiff having similarly filed a Notice of Voluntary Dismissal and no responsive papers having been filed herein.

DHILLON LAW GROUP INC.

By: /s/ Ronald D. Coleman
RONALD D. COLEMAN
(SBN: 2288835)

rcoleman@dhillonlaw.com
256 5th Ave., Floor 4
New York, New York 10001
Telephone: 347-996-4840

*Attorneys for Plaintiffs*

Dated: November 16, 2020